R. T. C. NO. EIGHT CORPORATION as Owner of THE TANKER R. T. C. NO. 8, Libelant-Appellee, v. THE Steamtug WILLIAM J. TRACY, Tracy Towing Line, Inc., Claimant-Appellant.

Sophie A. PETTERSON, as Owner of Tank Barge THE LAWRENCE J. TOMLINSON, Libelant-Appellee, v. THE Steamtug WILLIAM J. TRACY, Tracy Towing Line, Inc., Claimant-Appellant, and Tanker R. T. C. No. 8, R. T. C. No. Eight Corporation, Claimant-Appellee.

Nos. 269, 270.

Circuit Court of Appeals, Second Circuit.

March 2, 1936.

Macklin, Brown, Lenahan & Speer, of New York City (Richard F. Lenahan and Leo F. Hanan, both of New York City, of counsel), for appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Adrian J. O'Kane, both of New York City, of counsel), for R. T. C. No. 8.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Henry P. Elliott and Robert S. Erskine, both of New York City, of counsel), for libelant Sophie A. Petterson.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decrees affirmed.

Abraham SCHNEYER, Appellant, v. UNITED STATES, Appellee.

No. 5807.

Circuit Court of Appeals, Third Circuit.

Feb. 17, 1936.

B. D. Oliensis and A. S. Oliensis, both of Philadelphia, Pa., for appellant.

Thorn Lord, Asst. U. S. Atty., of Trenton, N. J., and John J. Quinn, U. S. Atty., of Red Bank, N. J.

Before BUFFINGTON and DAVIS, Circuit Judges.

PER CURIAM.

This criminal case has had careful consideration, with the result we find the defendant had a fair trial and the court committed no error in its rulings or charge. The proofs were such as to justify the court submitting the case to the jury. So holding, the judgment entered on the verdict is affirmed.

SHAM SINGH, alias Seam Singh, etc., Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 8063.

Circuit Court of Appeals, Ninth Circuit.

March 19, 1936.

Marshall B. Woodworth, of San Francisco, Cal., and S. Luke Howe, of Sacramento, Cal., for appellant.

H. H. McPike, U. S. Atty., of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of appellee, ordered, appeal dismissed, for failure of appellant to print record and file brief; mandate forthwith.